1022

[No. 55265-1-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. AMADOU JULDEH JALLOW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-03555-1, John P. Erlick, J., entered November 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55372-1-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN LAVELL BASCOMB, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-10746-2, Helen Halpert, J., entered December 2, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55442-5-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. APRIL DAWN BREITUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-03547-0, Nicole MacInnes, J., entered November 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55540-5-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY LEE LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered December 8, 2004. *Remanded* by unpublished per curiam opinion.